**Motion Denied as Moot, Opinion of May 16, 2013 Withdrawn; Appeal Reinstated and Order filed July 11, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00080-CV
_____

### RR MALOAN INVESTMENTS, INCL., Appellant

### V.

### NEW HGE, INC., Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1011775**

## ORDER

On May 16, 2013, this Court issued an opinion dismissing this appeal for want of prosecution. The court, on its own motion, and within its plenary jurisdiction, withdraws its opinion issued May 16, 2013 and reinstates the appeal. Appellant's brief is due 30 days from the date of this order. Appellant's motion to extend time to file motion for rehearing filed July 1, 2013 is denied as moot.

PER CURIAM